POTTER v. BRETAN

No. 184PA94

Case below: 114 N.C.App. 266

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

RJR TECHNICAL CO. v. PRATT

No. 104PA94

Case below: 113 N.C.App. 511

Motion by plaintiffs to dismiss appeal by intervenor plaintiffs for lack of substantial constitutional question denied 16 June 1994. Petition by intervenor plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

ROGEL v. JOHNSON

No. 213P94

Case below: 114 N.C.App. 239

Petition by defendants (Duke University and Rutgers Preparatory School) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

SAVE OUR RIVERS, INC. v. TOWN OF HIGHLANDS

No. 166PA94

Case below: 113 N.C.App. 716

Petition by defendant (Town of Highlands) for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994. Petition by defendant (Town of Highlands) for writ of supersedeas allowed 16 June 1994. Motion by plaintiffs to dissolve temporary stay denied 16 June 1994.